UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KENNETH BLOUNT**                                                                     **CIVIL ACTION**

**VERSUS**

**FOREMOST INSURANCE COMPANY**            **NO. 23-01050-BAJ-SDJ**
**GRAND RAPIDS, MICHIGAN**

### JUDGMENT

Considering the **Final Motion To Dismiss With Prejudice (Doc. 30)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 26th day of February, 2025

                                                  **JUDGE BRIAN A. JACKSON**
                                                  UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF LOUISIANA